Anne Johnson Palmer (SBN 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315 6350
Email:anne.johnsonpalmer@ropesgray.com

Gregory Demers (*pro hac vice forthcoming*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Email: gregory.demers@ropesgray.com

Jeremiah Williams (SBN 244660)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Telephone: 202-508-4600
Facsimile: 202-508-4650
Email: jeremiah.williams@ropesgray.com

Nicholas Macri (*pro hac vice forthcoming*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Fax: 212-596-9090
Email: nicholas.macri@ropesgray.com

Attorneys for Defendants *Semper Midas Fund, Ltd.; Gregory A. Parsons; Semper Capital Management, L.P.; Semper Capital Partners LLC; RDP I LLC; RSL Capital LLC; Stephen C. Ellwood; Richard D. Parsons; Ronald S. Lauder; and Gregory W. Ellis*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ALAN B. KALIN,

Plaintiff,

v.

SEMPER MIDAS FUND, LTD., ET. AL.,

Defendants.

Case No. 1:21-cv-01062

(San Mateo County Superior Court No. 21-CIV-00134)

**DEFENDANT RSL CAPITAL LLC's CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P 7.1**

The undersigned, counsel of record for RSL Capital LLC states that RSL Capital LLC has no parent corporations and there are no publicly held corporations that own 10% or more of its stock.

Respectfully submitted,

Dated: February 11, 2021

By: */s/ Anne Johnson Palmer*

Anne Johnson Palmer
ROPES & GRAY LLP
Three Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
Anne.Johnsonpalmer@ropesgray.com

Jeremiah Williams (SBN 244660)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: 202-508-4600
Fax: 202-508-4650
jeremiah.williams@ropesgray.com

Gregory Demers (*pro hac vice forthcoming*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: 617-951-7000
Fax: 617-951-7050
gregory.demers@ropesgray.com

Nicholas Macri (*pro hac vice forthcoming*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212-596-9000
Fax: 212-596-9090
nicholas.macri@ropesgray.com

*Attorneys for Defendants Semper Midas Fund, Ltd.; Gregory A. Parsons; Semper Capital Management, L.P.; Semper Capital Partners LLC; RDP I LLC; RSL Capital LLC; Stephen C. Ellwood; Richard D. Parsons; Ronald S. Lauder; and Gregory W. Ellis*